IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Danville Division)

| | |
|---|---|
| **LILLIE HOWARD,** | |
| **Plaintiff,** | |
| v. | |
| **NASHVILLE QUALITY, LLC,** | **Case No.: 4:23-cv-00016-TTC-CKM** |
| and | |
| **IMPOSSIBLE FOODS INC.,** | |
| **Defendants.** | |

## **STIPULATION OF DISMISSAL**

THIS DAY CAME the Parties, by undersigned counsel, and represented to this Honorable Court that all matters in controversy herein have been resolved. It is therefore stipulated and agreed that the entire above-captioned matters should be DISMISSED WITH PREJUDICE. It is further stipulated and agreed that each party shall bear its own attorneys' fees and costs incurred with this matter.

WHEREFORE, it is here by:

ORDERED that this matter, in its entirety, is DISMISSED WITH PREJUDICE, with each party being its own fees and costs.

SO ORDERED.

Entered this ____ day of _____, 2024.

_____
The Honorable Thomas T. Cullen
U.S. District Judge

1

294050592v.1

Dated: April 12, 2024                               Respectfully submitted,

**IMPOSSIBLE FOODS INC.**                           **PLAINTIFF**

*/s/ John W. Palenski*                              */s/ William T. Woodrow, III*
Lori E. Jarvis, Esq. (VSB No.:36375)                William T. Woodrow, III, Esq. (VSB No.: 88122)
John W. Palenski, Esq. (VSB No.: 89466)             Stone & Woodrow LLP
WILSON, ELSER, MOSKOWITZ,                           250 West Main St Ste. 201
EDELMAN & DICKER LLP                                Charlottesville, VA 22902
8444 Westpark Drive, Suite 510                      Tel.: 855-275-7378
McLean, VA 22102-5102                               will@stoneandwoodrowlaw.com
Tel.: 703-245-9300 Fax: 703-245-9301                *Counsel for Plaintiff*
lori.jarvis@wilsonelser.com
john.palenski@wilsonelser.com
*Co-Counsel for Impossible Foods Inc.*

                                                    **NASHVILLE QUALITY, LLC**

*/s/ Anna G. Zick*                                  /s/ Nathan H. Schnetzler
John D. McGavin (VSB 21794)                         Nathan H. Schnetzler, Esq. (VSB No.: 86437)
Anna G. Zick (VSB 86057)                            Frith Anderson & Peake PC
McGAVIN, BOYCE, BARDOT,                             29 Franklin Road, SW
  THORSEN & KATZ, P.C.                              Roanoke, VA 24011
9990 Fairfax Boulevard, Suite 400                   Tel.: 540-725-3371
Fairfax, VA 22030                                   Fax: 540-772-9167
Telephone:     (703) 385-1000                       nschnetzler@faplawfirm.com
Facsimile:     (703) 385-1555                       *Counsel for Nashville Quality, LLC*
jmcgavin@mbbtklaw.com
azick@mbbtklaw.com
*Counsel for Impossible Foods Inc.*

2

294050592v.1