IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Danville Division)

CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 12 2024
LAURA A. AUSTIN, CLERK
BY: s/ H. MCDONALD
     DEPUTY CLERK

| | |
|---|---|
| **LILLIE HOWARD,**<br><br>**Plaintiff,**<br><br>v.<br><br>**NASHVILLE QUALITY, LLC,**<br><br>and<br><br>**IMPOSSIBLE FOODS INC.,**<br><br>**Defendants.** | Case No.: 4:23-cv-00016-TTC-CKM |

## STIPULATION OF DISMISSAL

THIS DAY CAME the Parties, by undersigned counsel, and represented to this Honorable Court that all matters in controversy herein have been resolved. It is therefore stipulated and agreed that the entire above-captioned matters should be DISMISSED WITH PREJUDICE. It is further stipulated and agreed that each party shall bear its own attorneys' fees and costs incurred with this matter.

WHEREFORE, it is here by:

ORDERED that this matter, in its entirety, is DISMISSED WITH PREJUDICE, with each party being its own fees and costs.

SO ORDERED.

Entered this <u>12th</u> day of <u>  April  </u>, 2024.

                                                                 s/Thomas T. Cullen
                                                                  The Honorable Thomas T. Cullen
                                                                  U.S. District Judge

Dated: April 12, 2024                                         Respectfully submitted,

**IMPOSSIBLE FOODS INC.**                                     **PLAINTIFF**

*/s/ John W. Palenski*                                        */s/ William T. Woodrow, III*
Lori E. Jarvis, Esq. (VSB No.:36375)                          William T. Woodrow, III, Esq. (VSB No.: 88122)
John W. Palenski, Esq. (VSB No.: 89466)                       Stone & Woodrow LLP
WILSON, ELSER, MOSKOWITZ,                                     250 West Main St Ste. 201
EDELMAN & DICKER LLP                                          Charlottesville, VA 22902
8444 Westpark Drive, Suite 510                                Tel.: 855-275-7378
McLean, VA 22102-5102                                         will@stoneandwoodrowlaw.com
Tel.: 703-245-9300 Fax: 703-245-9301                          *Counsel for Plaintiff*
lori.jarvis@wilsonelser.com
john.palenski@wilsonelser.com
*Co-Counsel for Impossible Foods Inc.*

                                                              **NASHVILLE QUALITY, LLC**

*/s/ Anna G. Zick*                                            /s/ Nathan H. Schnetzler
John D. McGavin (VSB 21794)                                   Nathan H. Schnetzler, Esq. (VSB No.: 86437)
Anna G. Zick (VSB 86057)                                      Frith Anderson & Peake PC
McGAVIN, BOYCE, BARDOT,                                       29 Franklin Road, SW
 THORSEN & KATZ, P.C.                                         Roanoke, VA 24011
9990 Fairfax Boulevard, Suite 400                             Tel.: 540-725-3371
Fairfax, VA 22030                                             Fax: 540-772-9167
Telephone:     (703) 385-1000                                 nschnetzler@faplawfirm.com
Facsimile:     (703) 385-1555                                 *Counsel for Nashville Quality, LLC*
jmcgavin@mbbtklaw.com
azick@mbbtklaw.com
*Counsel for Impossible Foods Inc.*